UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEF R. OAKES,<br><br>          Petitioner,<br><br>v.<br><br>STEPHEN SMITH,<br><br>          Respondent. | Case No. 25-cv-06136-EKL<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE AS IMPROVIDENTLY OPENED**<br><br>Re: ECF. Nos. 2, 4 |

The Court received the instant petition for writ of habeas corpus and an application to proceed *in forma pauperis* ("IFP") on July 22, 2025. *See* ECF Nos. 1, 2. Another IFP was filed on August 25, 2025. ECF No. 4. Upon the Court's inspection, it appears that Oakes mailed a copy of his petition and applications to proceed IFP in an attempt to reopen his original habeas action, Case No. 25-cv-03509-EKL.

As the instant case was opened in error and the original petition has been reopened, the Clerk is directed to close this action as improvidently opened. The Clerk shall terminate pending motions and close the file.

**IT IS SO ORDERED.**

Dated: November 18, 2025

Eumi K. Lee
United States District Judge